# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| BRITTANY K. BENEFIELD, a minor, suing by and through her mother, Jacqueline Benefield, ) ) ) | |
| Plaintiff, ) | |
| vs. ) | CV 02-J-0734-S |
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA AT BIRMINGHAM, a public corporation, ) ) ) ) | |
| Defendant. ) ) | |

**ORDER**

On consent of the parties, this court hereby ORDERS, ADJUDGES and DECREES that this case is DISMISSED WITH PREJUDICE.

**DONE** and **ORDERED** this ___7___ day of July, 2003.

Inge P. Johnson
United States District Judge